**UNITED STATES DISTRICT COURT**
**District of Maine**

|  |  |  |
|---|---|---|
| | ) | |
| PRESCOTT McCURDY, | ) | Docket No. |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CUMBERLAND COUNTY, JAMES | ) | |
| GAILEY, TODD MCGEE, STEVEN | ) | |
| WELSH, BRANDON PELTON, ATLANTIC | ) | |
| COAST TOWING, INC., and CHARLES | ) | |
| LOUNDER, | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF REMOVAL

NOW COME Defendants Cumberland County, James Gailey, Todd McGee, Steven Welsh, and Brandon Pelton, by and through undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331 and 1446, and hereby remove the above-entitled matter to the United States District Court for the District of Maine. Removal is permissible because federal question jurisdiction exists by virtue of Plaintiff's claims under 42 U.S.C. § 1983.

This Notice of Removal is timely pursuant to the provisions of 28 U.S.C. § 1446(b) because this removal is being affected within 30 days after these Defendants received the Summons and Complaint.

In conformity with 28 U.S.C. § 1446(A), copies of the Cumberland County Superior Court Docket Sheet and all state court filings are attached hereto.

Dated: May 31, 2023

/s/   Peter T. Marchesi
Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendants Cumberland
County, Gailey, McGee, Welsh, and Pelton
27 Temple Street
Waterville, ME 04901

**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| | ) | |
| PRESCOTT McCURDY, | ) | Docket No. |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CUMBERLAND COUNTY, JAMES | ) | |
| GAILEY, TODD MCGEE, STEVEN | ) | |
| WELSH, BRANDON PELTON, ATLANTIC | ) | |
| COAST TOWING, INC., and CHARLES | ) | |
| LOUNDER, | ) | |
| Defendants | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Peter T. Marchesi, hereby certify that:

- Notice of Removal

has been served this day on Plaintiff by regular mail at:

> Prescott McCurdy
> 34 Allen Point Road
> Harpswell, ME   04079

and by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

> Richard Regan, Esq.          *richreganlaw@outlook.com*

Dated:  May 31, 2023

>      /s/   Peter T. Marchesi
> Peter T. Marchesi, Esq.
> Wheeler & Arey, P.A.
> Attorneys for Defendants Cumberland
> County, Gailey, McGee, Welsh, and Pelton
> 27 Temple Street
> Waterville, ME   04901